

U.S. Department...
Karen Hewitt
United States Attorney
Southern District of California

(619) 557-5028
Fax (619) 557-5551

FILED
08 APR 16 AM 10:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

MJ 1168

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
321 South Waterman Avenue
Room 204
El Centro, California 92243-2215

## NOTICE TO APPEAR

RE: UNITED STATES OF AMERICA,
          v.
     Anna Rosa Guillen,

Magistrate Case No. _____
For Violation of:
18 U.S.C. 545

You are hereby notified that your case will be called for arraignment on **Wednesday** (day), **April 23, 2008** (date), at the hour of **8:00 a.m.**, in the United States Magistrate Court, United States Courthouse, 940 Front Street, San Diego, California, 92101. You should report to the courtroom of the Duty Magistrate for that day. You are to be present in court at the time and date set forth above. If you are not present, a warrant may be issued for your arrest.

You may be charged with a criminal offense. You are strongly advised to consult with an attorney before the above court appearance. If you do not have funds to hire an attorney, you may qualify for appointed counsel. If you think you qualify for court-appointed counsel, it is suggested that you report to Federal Defenders of San Diego, Inc., located in The Homesavings Tower, 225 Broadway, Suite 900, San Diego, California, 92101, telephone: (619) 234-8467, approximately one and one half (1 ½) hours before your scheduled court appearance to speak with an attorney.

Karen Hewitt
United States Attorney

/s/ _____
SHERRI WALKER HOBSON
Deputy Chief, Border Crimes

---

I hereby acknowledge the fact that I must appear on the date above, and by affixing my signature, do promise to appear as ordered.

Signed: *Anna Guillen*
Dated: 4/11/08

Presented by: **James Yates**
(Agent's Name)

**Immigration and Customs Enforcement**
(Agency)

**619-671-8926**
(Agent's Telephone No.)