UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj1168 |
| | ) | |
| v. | ) | |
| | ) | |
| ANNA ROSA GUILLEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA 92101

Dated: April 24, 2008
                                          */s/ Devin J. Burstein*
                                      DEVIN J. BURSTEIN
                                      Federal Defenders
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467 (tel)
                                        (619) 687-2666 (fax)
                                        devin_burstein@fd.org